AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDER D. COELHO, a/k/a EDVARDO VIANA LUCAS, a/k/a a/k/a LEVAN DE CHANTAL and ABRAO A. OLIVEIRA, a/k/a ABRAAO ALVES DE OLIVEIRA, a/k/a KEVIN BRAY

**CRIMINAL COMPLAINT**

CASE NUMBER: M.J. No. 03- 1727-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___July 25 to September 5, 2003___ in ___Middlesex___ county, in the ___District of___ ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

```
knowingly, and without lawful authority, possess, produce, and transfer false United
States identification documents; and did fraudulently misuse visas, permits, and other
immigration documents; and did encourage or induce an alien to come to, or reside in
the United States, knowing or recklessly disregarding the fact that such coming to,
entry, or residence was in violation of the law; and did conspire to commit the
aforementioned acts, and did commit overt acts in furtherance of that conspiracy,
```

in violation of Title ___18___ United States Code, Section(s) ___1028, 1546, 371, and 8 U.S.C. section 1324___.

I further state that I am a(n) ___special agent, I.C.E.___ and that this complaint is based on the following
Official Title

facts:

see attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
RICHARD M. DEASY

Sworn to before me and subscribed in my presence,

09-09-2003                              at      Boston, Massachusetts
Date                                            City and State

CHARLES B. SWARTWOOD, III
U.S. MAGISTRATE JUDGE                   _____
Name & Title of Judicial Officer        Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__   Investigating Agency __FBI - JTTF__

City __MALDEN__      Related Case Information:

County __MIDDLESEX__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABRAO A. OLIVEIRA__   Juvenile ☐ Yes ☒ No

Alias Name __ABRAAO ALVES DE OLIVEIRA; AKA KEVIN BREY__

Address __94 JAFFREY STREET, WEYMOUTH, MA__

Birth date: __8/4/1983__  SS#: __NONE__  Sex: __M__  Race: __Cauc./Hisp.__  Nationality: __Brazil__

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Gregory T. Moffatt__    Bar Number if applicable __559778__

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Brazilian Portugese__

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 9, 2003    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Abrao A. Oliveira A/K/A Abraao Alves De Oliveira; A/K/A Kevin Brey

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a) | Production of false identification documents | N/A |
| Set 2 | 18 U.S.C. §1546 | Production of false immigration documents | N/A |
| Set 3 | 18 U.S.C. §371 | Conspiracy | N/A |
| Set 4 | 8 U.S.C. 1324(a)(1)(A)(IV) | Alien Smuggling | N/A |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

OLIVEIRA CRIMINAL CASE COVERSHEET.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI - JTTF

**City** MALDEN          **Related Case Information:**

**County** MIDDLESEX

Superseding Ind./ Inf. _____          Case No. _____
Same Defendant _____          New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   EDER D. COELHO          Juvenile   ☐ Yes   ☒ No

Alias Name   EDVARDO VIANA LUCAS, LEVAN DE CHANTEL

Address   252 Kennedy Drive, Apt. 713, Malden, MA

Birth date: 12/12/1972   SS#: NONE   Sex: M   Race: Cauc./Hisp.   Nationality: Brazil

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Gregory T. Moffatt          Bar Number if applicable   559778

Interpreter:   ☒ Yes   ☐ No          List language and/or dialect:   **Brazilian Portugese**

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 9, 2003          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Eder D. Coelho

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a) | Production of false identification documents | N/A |
| Set 2 | 18 U.S.C. §1546 | Production of false immigration documents | N/A |
| Set 3 | 18 U.S.C. §371 | Conspiracy | N/A |
| Set 4 | 8 U.S.C. 1324(a)(1)(A)(IV) | Alien Smuggling | N/A |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____