AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION** |
| **V.** | **PENDING HEARING PURSUANT TO** |
| | **BAIL REFORM ACT** |

_Abrao A. Oliveira_
_____Defendant_____

Case Number: 03-1725 CBS    1727

Upon motion of the _____Government_____, it is ORDERED that a

detention hearing is set for _____9/15/03_____ * at _____11:00 A_____
                              _Date_                    _Time_

before _____The Honorable Charles B. Swartwood, III_____
                      _Name of Judicial Officer_

_____Courtroom 16, 5th Floor_____
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
_Other Custodial Official_

Date: _____9/10/03_____

_____[signature]_____
_Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.