UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES | ) | |
|---|---|---|
| | ) | |
| V. | ) | DOCKET NO |
| | ) | 03-1728-CBS |
| ABRAAO OLIVEIRA, | ) | |
| Defendant. | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

NOW COMES the defendant, <u>Abraao Oliveira</u> and respectfully requests that this Honorable Court enter the appearance of the undersigned counsel in this matter.

Respectfully submitted,
FOR THE DEFENDANT,

Date: September 15, 2003   /s/ John C. McBride

John C. McBride, Esq.
BBO# 326960
McBRIDE & NATOLA
A Professional Association
The Waterfront Building
240 Commercial Street
Suite 2-B
Boston, MA  02109
Tel #: (617) 367-8844
Fax # (617) 523-5153

# CERTIFICATE OF SERVICE

I, John C. McBride, counsel for the within named Defendant hereby certifies under the pains and penalties of perjury I have forwarded a copy of the attached document via first class mail, postage prepaid <u>and/or</u> via facsimile to the following individual(s):

U.S. Attorney's Office
Attn:Greg Moffatt
Fax: (617) 748-3951

_/s/ John C. McBride_
JOHN C. McBRIDE

DATED: September 15, 2003