UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. |
| ) | 03-10376-002 PBS |
| ABRAAO OLIVERA, ) | |
| Defendant ) | |

## MOTION FOR CONTINUANCE

NOW COMES the Defendant, Abraao Olivera, in the above-captioned matter and hereby requests that this Honorable Court continue his case from March 4th, 2004 to one of the following dates: **March 23rd, 24th or 26th, 2004.**

As reasons therefore, the defendant states that his counsel is presently engaged in a jury trial at the Federal Court in Miami, Florida, in front of Judge Huck, in the matter of *United States v. Arthur Adams*.

The Assistant United States Attorney, Gregory Moffatt has been apprised of this motion.

The defendant waives the time between this date presently scheduled for hearing on this matter and the date for which this matter is continued to for purposes of the speedy trial act.

Respectfully submitted,

Dated: March 3, 2004

John C. McBride
John C. McBride, Esq.
BBO# 326960
McBRIDE & NATOLA
A Professional Association
The Waterfront Building
240 Commercial Street
Suite 2-B
Boston, MA 02109

3/4/04 allowed. However, this is untimely. Counsel shall pay $178.00 in interpreter fees. Patti B Saris

## CERTIFICATE OF SERVICE

I, John C. McBride, counsel for the within named Defendant hereby certifies under the pains and penalties of perjury I have forwarded a copy of the attached document via first class mail, postage prepaid and/or via facsimile to the following individual(s):

> U.S. Attorney's Office
> Attn: Greg Moffatt
> Fax: (617) 748-3951
>
> Robert Alba
> Clerk for Judge Saris
> Fax: (617) 748-9096

_____
JOHN C. McBRIDE

DATED: March 3, 2004