```
                  UNITED STATES DISTRICT COURT              FILED
                     DISTRICT OF MASSACHUSETTS           In Open Court
                                                          USDC, Mass.
                                                          Date 4-5-04
                                                          By
UNITED STATES OF AMERICA        )                         Deputy Clerk
                                )
v.                              )
                                )    Crim. No. 03-10376-PBS
EDER D. COELHO, a/k/a           )
EDVARDO VIANA LUCAS, a/k/a      )
LEVAN DE CHANTAL and            )
ABRAO A. OLIVEIRA, a/k/a        )
ABRAAO ALVES DE OLIVEIRA a/k/a  )
KEVIN BRAY,                     )
       Defendants.              )
```

### WAIVER OF INDICTMENT
### (ABRAAO A. OLIVEIRA)

I, Abraao A. Oliveira, the above-named defendant, who is accused of 1) conspiracy in violation of 18 U.S.C. § 371; 2) identity document fraud in violation of 18 U.S.C. § 1028(a)(3); 3) use of counterfeit visas in violation of 18 U.S.C. § 1546(a), encouraging or inducing an alien to come to, or reside in the United States, knowing or recklessly disregarding the fact that such coming to, entry, or residence was in violation of the law, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), all during the period of July 25, 2003 to September 10, 2003, being advised of the nature of the charges, the proposed information, and my

rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
ABRAAO A. OLIVEIRA

_____
JOHN C. McBRIDE, ESQ.

Date:    April 5, 2004

ALLOWED IN OPEN COURT:

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE