UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
Clerk's Office
USDC, Mass.
Date 6-25-04
By_____
Deputy Clerk

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO.
) 03-10376-002 PBS
ABRAAO OLIVERA, )
Defendant )

## MOTION FOR CONTINUANCE

NOW COMES the Defendant, Abraao Olivera, in the above-captioned matter and hereby requests that this Honorable Court continue his case from June 29th, 2004 to one of the following dates: **August 12th, 13th, 23rd, 26th, or 27th, 2004.**

As reasons therefore, all parties, including probation officer Ina Hogan, need additional time to prepare sentencing arguments.

Respectfully submitted,

Dated: June 25, 2004

John C. McBride, Esq.
BBO# 326960
McBRIDE & NATOLA
A Professional Association
The Waterfront Building
240 Commercial Street
Suite 2-B
Boston, MA 02109

## CERTIFICATE OF SERVICE

I, John C. McBride, counsel for the within named Defendant hereby certifies under the pains and penalties of perjury I have forwarded a copy of the Motion for Continuance via first class mail, postage prepaid <u>and/or</u> via facsimile to the following individual(s):

> U.S. Attorney's Office
> Attn:Greg Moffatt
> Fax: (617) 748 3664
>
> Robert Alba
> Clerk for Judge Saris
> Fax: (617) 748-9096

*John C. McBride* (signature)
JOHN C. McBRIDE

DATED: June 25, 2004