UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 7-13-04
By ⎯⎯⎯
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 03-10376-PBS |
| EDER D. COELHO, a/k/a | ) |
| EDVARDO VIANA LUCAS, a/k/a | ) |
| LEVAN DE CHANTAL and | ) |
| ABRAO A. OLIVEIRA, a/k/a | ) |
| ABRAAO ALVES DE OLIVEIRA a/k/a | ) |
| KEVIN BRAY, | ) |
|        Defendants. | ) |

GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. §3E1.1
(ABRAAO A. OLIVEIRA)

The United States, by and through Michael J. Sullivan, United States Attorney, and the undersigned Assistant United States Attorney, hereby moves, pursuant to section 3E1.1(b) of the United States Sentencing Guidelines, that in addition to finding that Defendant Abraao A. Oliveira has accepted responsibility for his conduct, the Court further reduce Defendant's Guidelines Total Offense Level by a third point. In support therefor, the government states that Defendant has assisted authorities in the prosecution of his case by giving

7/13/04

allowed

/s/ Patti Saris

timely notification of his intention to enter a guilty plea, thereby permitting the government and the Court to allocate their resources efficiently.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN


                              By: _____
                                  Gregory Moffatt
                                  Assistant U.S. Attorney
                                  617-748-3370
```

DATED:    July 13, 2004

## CERTIFICATE OF SERVICE

I, Gregory Moffatt, do hereby certify that I served a copy of the foregoing pleading by hand-delivery on January 20, 2004 on counsel for defendant Abraao A. Oliveira, John C. McBride, Esq., McBride & Natola, P.A., 240 Commercial Street, Suite 2B, Boston, MA 02109 by hand-delivery this 13th day of July 2004.

```
                              _____
                              GREGORY MOFFATT
                              Assistant U.S. Attorney
```