**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Crim. No. 03-10376-PBS** |
| **EDER D. COELHO, a/k/a** ) | |
| **EDVARDO VIANA LUCAS, a/k/a** ) | |
| **LEVAN DE CHANTAL and** ) | |
| **ABRAO A. OLIVEIRA, a/k/a** ) | |
| **ABRAAO ALVES DE OLIVEIRA a/k/a**) | |
| **KEVIN BRAY,** ) | |
|      **Defendants.** ) | |

## ORDER OF STIPULATED JUDICIAL DEPORTATION
### (ABRAAO A. OLIVEIRA)

Pursuant to authority created by section 374(a)(3) of the

Illegal Immigration Reform and Immigrant Responsibility Act of

1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996),

codified at Title 8, United States Code, Section 1228(c)(5); and

pursuant to 6 U.S.C. § 557, transferring applicable authority

from the Commissioner of the Immigration and Naturalization

Service to the Secretary of Homeland Security; and upon the

parties' agreement to the entry of a stipulated judicial order of

deportation, it is hereby ordered that the defendant, ABRAAO A.

OLIVEIRA, an alien removable under 8 U.S.C.

§ 1227(a)(2)(A)(i)(II), upon conviction and after release from

any period of incarceration, be taken into custody by the United

States Bureau of Immigration and Customs Enforcement and deported

to Brazil or to any other country as prescribed by the

immigration laws of the United States of America.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

Entered: July 13, 2004