UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  03-10376-PBS

ABRAAO A. OLIVEIRA
    Defendant

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Saris, D.J.

    Counsel and the defendant were present for sentencing hearing on 7/13/04. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

1. Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?

    __X__ yes     _____ no

2. (a) Was information withheld pursuant to FRCrP 32(c)(3)(A)?

    _____ yes     __X__ no

  (b) If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?

    _____ yes     _____ no N/A

3. (a) Were all factual statements contained in the PSI adopted without objection?

    __X__ yes     _____ no

  (b) If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

    (c)    Disputed issues have been resolved as follows after ___ evidentiary hearing, ___ further submissions and/or ___ arguments:

4.(a)    Are any legal issues in dispute?

        __X__ yes     _____ no

If yes, describe disputed issues and their resolution:

5.(a)    Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI?

        __X__ yes     _____ no

If yes, describe disputed areas and their resolution:

(b)    Tentative findings as to applicable guidelines are:

Total Offense Level: _____14_____

Criminal History Category: _____I_____

__15__ to __21__ months imprisonment

__24__ to __36__ months supervised release

$__4,000__ to $__40,000__ fine

(plus $_____ cost of imprisonment/supervision)

$_____ restitution

$__400.00__ special assessment ($_____ on each of counts _____)

6.(a)    Are there any legal objections to tentative findings?

        _____ yes     __X__ no

(b)    If no, findings are adopted by the Court.

(c)    If yes, describe objections and how they were addressed:

OR sentence hearing is continued to _____ to allow for preparation of oral argument or filing of written submission by _____.

7.(a)   Remarks by counsel for defendant.[1]

     __X__ yes   _____ no

(b)   Defendant speaks on own behalf.

     _____ yes   _____ no

(c)   Remarks by counsel for government.

     __X__ yes   _____ no

8.(a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

     __15__ months imprisonment

     _____ months/intermittent community confinement

     _____ months probation

     __24__ months supervised release

     $ _____ fine (including cost of imprisonment/supervision)

     $ _____ restitution

     $ __400.00__ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.):

- IF DEPORTED, DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE LAWFUL AUTHORITY OF THE ATTORNEY GENERAL.

(b)   After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

9.   Statement of reasons for imposing sentence. Check appropriate space.

(a) __X__ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR   ___ Sentence is within the guideline range and that range exceeds 24 months and the reason for imposing the selected sentence are:

(b) ___ Sentence departs from the guideline range as a result of:

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

OR

    ___ substantial cooperation upon motion of the government

    ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) ___ Is restitution applicable in this case?

    _____ yes   __X__ no

Is full restitution imposed?

    _____ yes   _____ no

If no, less than full restitution is imposed for the following reasons:

(d) ___ Is a fine applicable in this case?

    __X__ yes   _____ no

Is the fine within the guidelines imposed?

    _____ yes   __X__ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

__X__ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

___ Imposition of a fine would unduly burden the defendant's dependents; OR

___ Other reasons as follows:

10.    Was a plea agreement submitted in this case?

    __X__ yes   _____ no

Check appropriate space:

___ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

__X__ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C)

4

       sentence agreement that is within the applicable guideline range.

   ___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11. Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.

        _____ yes    __X__ no

12. The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13. Judgment will be prepared by the clerk in accordance with above.

14. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_____                                    _____
Date                                                United States District Judge