UNITED STATES  DISTRICT  COURT
DISTRICT  OF  MASSACHUSETTS


UNITED STATES OF AMERICA,


v.

CRIMINAL NO. 03-10376-PBS


ABRAAO A. OLIVEIRA


NOTICE OF APPEAL

SARIS, D.J.


At the request of defense counsel, this NOTICE OF APPEAL of the Judgment of Conviction, entered on July 14, 2004,  is hereby entered by the Clerk on behalf of the defendant in the above entitled matter.

The defendant and counsel are directed to the provisions of First Circuit Local Rule 12(b), providing that an attorney who has represented a defendant in a criminal case in the District Court will be responsible for representing the defendant on appeal until the attorney is
relieved of such duty by the Court of Appeals.  Detailed procedures for withdrawal in criminal cases are found in First Circuit Local Rule 46.6.



By the Court,


/s/ Robert C. Alba
 Deputy Clerk


July 14, 2004