


# United States Court of Appeals
## For the First Circuit

No. 04-1960
DC No. 03-cr-10376

03-10376

Honorable Patti B.
Saris MA

UNITED STATES,
Appellee,

v.

ABRAO A. OLIVEIRA,
Defendant, Appellant.

**JUDGMENT**
Entered: December 15, 2004

By orders entered August 24, 2004, and November 3, 2004, appellant was directed to either pay the docketing fees of $255 or to apply for in forma pauperis before the district court. Appellant was warned that failure to take either action on or before November 18, 2004 would lead to dismissal for lack of diligent prosecution.

Appellant's mail has been returned to this court as he is no longer incarcerated; however, appellant has failed to notify the court of his new address.

Appellant having failed to file a timely response to this court's orders, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

Date: 1/11/05

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____

[cc: Messrs. Oliveira, McBride, Moffatt, Ms. Chaitowitz.]